PEOPLE *v* DOANE

POISONS—MARIHUANA—STATUTES—CONSTITUTIONAL LAW.
Conviction of possession of marihuana is reversed and the cause remanded to the circuit court for entry of an order releasing the defendant, where the crime was alleged to have been committed in defendant's home, in light of a decision by the Michigan Supreme Court that the statute which classifies marihuana as a narcotic drug was unconstitutional (MCLA 335.151, 335.153).

Appeal from Court of Appeals, Division 1, Lesinski, C. J., and V. J. Brennan and Danhof, JJ., affirming Wayne, Nathan J. Kaufman, J. Submitted May 2, 1972. (No. 1 May Term 1972, Docket No. 53,545.) Decided June 20, 1972.

33 Mich App 579 reversed.

Earl Doane, Sr., was convicted of unlawful possession of marihuana. Defendant appealed to the Court of Appeals. Affirmed. Defendant appeals. Reversed and remanded for entry of order releasing defendant.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas R. Lewis,* Assistant Prosecuting Attorney, for the people.

REFERENCE FOR POINTS IN HEADNOTE
25 Am Jur 2d, Drugs, Narcotics, and Poisons § 16.

*Kenneth J. Morris,* for defendant.

T. E. BRENNAN, J. Defendant was convicted of possession of marijuana. The crime was alleged to have been committed on the 18th day of April, 1969, in the defendant's home.

This appeal raised various questions, including an issue relating to the forcible entry of defendant's home and the proper execution of a search warrant.

In light of this Court's recent decision in *People v Sinclair,* 387 Mich 91 (1972), the issues raised here are moot.

The conviction is reversed and the cause remanded to the Circuit Court for Wayne County for entry of an order releasing the defendant.

T. M. KAVANAGH, C. J., and BLACK, ADAMS, T. G. KAVANAGH, SWAINSON, and WILLIAMS, JJ., concurred with T. E. BRENNAN, J.